IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CASE NO. 5:22-CR-53 (CAR) |
| LATONA MAE LAMBERT | : |

## VERDICT

1. As to **COUNT ONE** of the Superseding Indictment, Accessory After the Fact, in violation of Title 18, United States Code, Section 3, we, the Jury, find the Defendant Latona Mae Lambert:

    _____Guilty   \_\_\_✓\_\_\_Not Guilty

2. As to **COUNT TWO** of the Superseding Indictment, Making False Statements, in violation of Title 18, United States Code, Section 1001, we, the Jury, find the Defendant Latona Mae Lambert:

    _____Guilty   \_\_\_✓\_\_\_Not Guilty

3. As to **COUNT THREE** of the Superseding Indictment, Failure to Report Child Abuse, in violation of Title 18, United States Code, Section 2258, we, the Jury, find the Defendant Latona Mae Lambert:

    \_\_\_✓\_\_\_Guilty   _____Not Guilty

SO SAY WE ALL, this 17th day of April, 2024.



**WE CONCUR:**

