# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | No. 5:22-CR-53-CAR-CHW-3 |
| LATONA MAE LAMBERT, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON GOVERNMENT'S MOTION TO SEAL

Before the Court is the Government's Motion to Seal Trial Exhibit. For good cause shown, the Court finds that sealing Government's Trial Exhibit 26 and subparts 26a – 26k, as permitted by Federal Rule of Criminal Procedure 49.1(d) and (e), best serves the purpose of protecting the victims' dignity and privacy. Thus, the Court **ORDERS** that the Government's Motion to Seal Trial Exhibit [Doc. 128] be **GRANTED.** Exhibit 26 and its subparts, Exhibits 26a – 26k, shall be **SEALED**. The Clerk of Court is **DIRECTED** to limit access to approved court personnel and counsel of record, unless otherwise directed by the Court.

**SO ORDERED,** this 19th day of April, 2024.

                         s/ C. Ashley Royal
                         C. ASHLEY ROYAL, SENIOR JUDGE
                         UNITED STATES DISTRICT COURT