⚜GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:22-CR-53-003(CAR) |
| **LATONA MAE LAMBERT** | |

On February 27, 2025, Latona Mae Lambert was sentenced to two years probation for Failure to Report Child Abuse, in violation of 18 U.S.C. § 2258.  She has substantially complied with the rules and regulations of probation and has met the criteria for early termination as outlined in the *Guide to Judiciary Policy; Volume 8, Part E, Chapter 3*, as approved by the Administrative Office of the United States Court and is no longer in need of supervision. The U.S. Probation Office is of the opinion that she is no longer in need of supervision. Accordingly, it is recommended that the Court grant her Motion for Early Termination of Probation (Doc. 183).

Respectfully submitted,

Todd L. Smith
USPO - Firearms Specialist

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___**8**___ day of ___**June**___, 2026.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE